```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

DAVID KENNETH ALIGAWEESA,      )
    Petitioner,             )
                                )
v.                             )    C.A. No. 18-11388-MLW
                                )
KIRSTJEN M. NIELSEN, REBECCA   )
ADDUCCI, ANTONE MONIZ, AND     )
JOSEPH D. MACDONALD, JR.,      )
    Respondents.

## ORDER

WOLF, D.J.                                                             July 2, 2018

    David Kenneth Aligaweesa, a native of the Republic of Uganda, filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. §2241 on July 2, 2018. He has named Kirstjen Nielsen, Secretary of the Department of Homeland Security ("DHS"), and Rebecca Adducci, Director of the Boston Field Office of United States Immigration and Customs Enforcement, as respondents. He alleges, among other things, that respondents have unlawfully detained and are attempting to deport him despite his eligibility for an opportunity to apply for permanent residency as the spouse of a United States citizen under DHS regulations, 8 C.F.R. §§212.2(j) & 212.7(e). Because the cases involve two of the same respondents and the same or similar claims, it appears that this case was properly designated by Aligaweesa as related to Calderon v. Cronen, C.A. No. 18-10225-MLW. See L.R. 40.1(g)(1). Therefore, it was assigned to this court.

Aligaweesa also alleges that respondents are detaining him in violation of the procedures in 8 C.F.R. §241.13 and respondents' written representations that he would be given an "opportunity to prepare for an orderly departure." Petition at ¶48. In addition, he alleges that respondents are unlawfully attempting to remove him before he can apply for asylum based on a fear of persecution and torture if he is removed to Uganda.

In view of the foregoing, it is hereby ORDERED that:

1. The Clerk of this Court shall serve forthwith a copy of the petition (Docket No. 1) upon respondents and the United States Attorney for the District of Massachusetts.

2. The parties, including the United States, shall confer and, by July 9, 2018, report, jointly if possible, but separately if necessary: (a) whether they have reached an agreement to resolve this case; and, if not, (b) whether they request more time to continue their discussions and/or for the briefing required in paragraph 3 of this Order.

3. If the parties have not reached an agreement to resolve the case, respondents shall, by July 16, 2018, respond to the petition. See 28 U.S.C. §2243. Aligaweesa shall file any reply by July 30, 2018.

4. In order to preserve the court's jurisdiction, to provide the parties an opportunity to attempt to resolve this case and, if necessary, to brief the issues properly, petitioner shall

not be moved outside the District of Massachusetts, temporarily or permanently, during the pendency of this case. See 28 U.S.C. §1651(a) ("[A]ll courts established by Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law."). This requirement may be reconsidered by the court sua sponte or upon motion by either party.

/s/ Mark L. Wolf
_____
UNITED STATES DISTRICT JUDGE