## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DAVID KENNETH ALIGAWEESA, | ) ) | |
|  | ) | C.A. No. 18-11388-MLW |
| Petitioner, | ) ) | |
|  | ) | |
| KIRSTJEN M. NIELSEN, et al. | ) ) | |
| Respondents. | ) ) | |

### PETITIONER'S RESPONSE TO THE COURT'S JULY 18, 2018 ORDER AND MOTION TO EXTEND BRIEFING DEADLINE

    Petitioner, by and through his attorney, Christina A. Corbaci, herein responds to the Court's Order dated July 18, 2018 allowing the Petitioner's motion to extend the briefing schedule. The motion was allowed to provide sufficient time for issues to be decided in a related case before this Court, Calderon Jimenez, et al. vs. Nielsen (C.A. No. 18-10225-MLW) and briefing was extended until August 23, 2018. Given that the Court has taken the issues in Calderon Jimenez under advisement, Petitioner seeks another short extension of the briefing deadline. As such, Petitioner respectfully moves this Court to extend briefing until September 21st, 2018, or until any date the Court deems reasonable under the circumstances. Counsel for Respondents has assented to this motion.

    This Court heard the issues in Calderon Jimenez, et al. vs. Nielsen (C.A. No. 18-10225-MLW) in hearings conducted August 20th and August 21st, 2018. Undersigned counsel understands that the Court has taken the issues raised therein under advisement. One such issue includes whether to certify the proposed class. The petitioners in Calderon Jimenez have proposed a class that would include any U.S. citizen and his or her noncitizen spouse who (1) has a final order of removal and has not departed the U.S. under that order; (2) is the beneficiary of a pending or approved I-130, Petition for Alien Relative, filed by the U.S. citizen spouse; (3) is not "ineligible" for a provisional waiver under 8 C.F.R. § 212.7(e)(4)(i) or (vi); and (4) is within the jurisdiction of Boston ICE-ERO field office (comprising Massachusetts, Rhode Island, Connecticut, Vermont, New Hampshire, and Maine). See Calderon Jimenez, Petitioner's Motion for Class Certification (filed April 30, 2018).

    Petitioner in the instant case would be a class member as proposed in the Calderon matter. He is subject to a final order of removal and has not departed the U.S. He is married to a U.S. citizen. His spouse has filed an I-130 petition on his behalf on August 9, 2018. He would not be ineligible for a provisional waiver upon approval of the petition. Lastly, he is within the jurisdiction of the Boston ICE-ERO field office.

In the interest of preserving judicial resources, and given that the outcome in the <u>Calderon</u> matter may be determinative of certain issues in Petitioner's case, Petitioner respectfully requests that this Court extend briefing in this matter until September 21st, 2018, or any date the Court deems reasonable under the circumstances. It is the expectation of the parties that a decision on class certification in <u>Calderon</u> will have been issued by that date, allowing the parties to better assess matters involving the instant case. Counsel for Respondent has assented to this motion.

WHEREFORE, Petitioner seeks an order extending briefing at least until September 21st, 2018.

Respectfully submitted this 22nd day of August, 2018.

<u>/s/ Christina Corbaci</u>
Christina Corbaci (BBO # 673764)
Counsel for Petitioner
The Law Offices of Christina Corbaci, LLC
One Salem Street, Suite 205
Malden, MA 02148
(781) 322-8000

## CERTIFICATE OF SERVICE

I, Christina A. Corbaci, Counsel for Petitioner, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by First Class Mail.

<u>/s/ Christina Corbaci</u>
Christina Corbaci
Counsel for Petitioner

## LOCAL RULE 7.1 CERTIFICATION

I, Christina A. Corbaci, Counsel for Petitioner, herein state that on August 21st, 2018 I communicated with Counsel for Respondents, Ray Farquhar, Assistant United States Attorney, regarding this matter. He indicated that he would assent to a motion to extend briefing until September 21st, 2018.

<u>/s/ Christina Corbaci</u>
Christina Corbaci
Counsel for Petitioner