UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID KENNETH ALIGAWEESA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> KIRSTJEN M. NIELSEN, et. al., ) <br> ) <br> Respondents. ) | C.A. No. 18-11388-MLW |

## RESPONDENTS' ASSENTED TO MOTION TO EXTEND BRIEFING SCHEDULE

Respondents, by and through their attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, herein respectfully move this Honorable Court to extend briefing in this matter until May 15, 2019. Petitioner, with Respondents' assent, had previously petitioned the Court to extend briefing until December 27, 2018 on the basis that the Court would be hearing matters in a related case, Calderon Jimenez, et al. vs. Nielsen (C.A. No. 18-10225-MLW). The Court granted that motion and reset the schedule to complete briefing.

Counsel has since been monitoring the status of proceedings in Calderon Jimenez. In the interest of preserving judicial resources, and given that the outcome in the Calderon Jimenez matter may be determinative of certain issues in Respondents' case, Respondent respectfully requests that this Court extend briefing in this matter until July 26, 2019, or any date the Court deems reasonable under the circumstances.

ALLOWED. Respondents shall, by July 26, 2019, respond to the Petition.
Wo L, D.J
May 30, 2019

1

WHEREFORE, Respondents seek an order extending briefing until July 26, 2019.

Respectfully submitted,
ANDREW E. LELLING.
UNITED STATES ATTORNEY

/s/ Rayford A. Farquhar
Rayford A. Farquhar, BBO #560350
Assistant United States Attorney
United States Attorney's Office
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Telephone: (617) 748-3284
Rayford.farquhar@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by First Class Mail.

May 14, 2019

/s/ Rayford A. Farquhar
Rayford A. Farquhar
Assistant United States Attorney

## LOCAL RULE 7.1 CERTIFICATION

I, Rayford A. Farquhar, Counsel for Respondent, herein state that on May 14, 2019, I communicated with Christina Corbaci, counsel for Petitioner, and she assented to this motion to extend briefing until July 26, 2019

/s/ Rayford A. Farquhar
Rayford A. Farquhar
Assistant United States Attorney